No. 355. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* WILLIAM A. DUNCAN. In error to the District Court of the United States for the District of Colorado. October 11, 1910. Dismissed, on motion of *Mr. Attorney General Wickersham* for the plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. Edwin H. Park* for defendant in error.

---

No. 502. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* HENRY BOECKMAN. In error to the Circuit Court of the United States for the Eastern District of New York. October 11, 1910. Dismissed, on motion of *Mr. Attorney General Wickersham* for the plaintiff in error. *The Attorney General* for plaintiff in error. No appearance for defendant in error.

---

No. 722. JANE M. WHITE ET AL., PLAINTIFFS IN ERROR, *v.* THE CONNECTICUT GENERAL LIFE INSURANCE COMPANY. In error to the Court of Appeals of the District of Columbia. October 11, 1910. Docketed and dismissed with costs, on motion of *Mr. John Ridout,* for the defendant in error. No one opposing.